UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DALE ROTRAMEL** ) | |
| ) | **Case Number 11-CV-1017** |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **RECEIVABLES PERFORMANCE** ) | |
| **MANAGEMENT LLC** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Dale Rotramel, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
bkw@w-vlaw.com
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800